# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEMETRIOS STAVRAKIS | * | |
| Petitioner, | * | |
| v. | * | Criminal Case: ELH-19-0160 |
| | | (Related Civil Action: ELH-23-2058) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

**ORDER**

On July 28, 2023, the court received defendant's "Motion To Vacate, Set Aside, Or Correct Sentence Pursuant To 18 U.S.C. Section 2255." ECF 406 (the "Motion"). He seeks, in pertinent part, to have his criminal conviction and sentence set aside. *Id.* He also seeks the appointment of counsel. ECF 405. The government shall be required to respond to the Motion.

Accordingly it is this 12th day of September, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The government SHALL RESPOND to the Motion to Vacate within 60 days of the date of this Order;

2. Mr. Stavrakis MAY FILE A REPLY to the Response on or before 28 days following the government's Response;

3. The Response and any Reply SHALL BE DOCKETED in the criminal case and, unless otherwise directed, nothing further should be filed in the civil case, except the disposition;

4. Mr. Stavrakis SHALL NOTIFY the Court and the government of any change of address;

5. The Clerk SHALL PROVIDE a copy of this Order to Mr. Stavrakis and SHALL PROVIDE a copy of this Order, and a copy of the Motion to Vacate, to Assistant United States Attorney Paul Budlow, Office of the United States Attorney.

/s/
Ellen L. Hollander
United States District Judge