## United States District Court
### District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

April 23, 2024

Paul Budlow, Esquire
Assistant United States Attorney

    Re:    *United States of America v. Demetrios Stavrakis*
            Criminal No.: ELH-19-00160

Dear Mr. Budlow:

On April 22, 2024, the Court received defendant's "Emergency Supplement To Defendant's Motion For Compassionate Release." ECF 422 ("Emergency Supplement").

I ask the government to respond by **May 23, 2024.** In particular, I am concerned about the defendant's complaints with respect to the adequacy of medical care that he received and will receive from the Bureau of Prisons.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge

ELH/kw

cc: Demetrios Stavrakis, #64658-037