IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMETRIOS STAVRAKIS,<br>   *Defendant*. | Civil No. ELH-23-2058<br>Criminal No. ELH-19-0160 |

## ORDER

In the Memorandum Opinion docketed at ECF 440, the Court declined to issue a Certificate of Appealability as to defendant's post-conviction petition (ECF 406). However, the accompanying Order (ECF 439) does not specifically reflect that ruling. Therefore, for the reasons stated in ECF 440, it is this 2nd day of August, 2024, by the United States District Court for the District of Maryland, hereby **ORDERED:**

As to ECF 406, the Court declines to issue a Certificate of Appealability, without prejudice to the right of the defendant to request a Certificate of Appealability from the United States Court of Appeals for the Fourth Circuit.

                                                                                           /s/
Ellen Lipton Hollander
United States District Judge