FILED:  August 6, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-6743
(1:19-cr-00160-ELH-1)
(1:23-cv-02058-ELH)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DEMETRIOS STAVRAKIS, a/k/a Dimitrios Stavrakis, a/k/a Jimmy

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:19-cr-00160-ELH-1 <br> 1:23-cv-02058-ELH |
| Date notice of appeal filed in originating court: | 08/01/2024 |
| Appellant(s) | Demetrios Stavrakis |
| Appellate Case Number | 24-6743 |
| Case Manager | Richard H. Sewell <br> 804-916-2702 |