IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.: ELH 19-00160 |
| | * | |
| **DEMETRIOS STAVRAKIS** | * | |

## ORDER

UPON consideration of Defendant's Motion to Seal, it is on this 16th day of June, 2025 hereby:

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that the Defendant's Motion for a Reduced Sentence be filed under seal.

_____
Hon. Ellen L. Hollander
United States District Judge